UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X

Lakus Brown
　　　　　　　Plaintiff(s),

　　　-v-

City of New York, et al.
　　　　　　　Defendant(s).
---------------------------------------------X

**Case Management Plan**

07 CV. 11186 (RMB)

　　　The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)　Joinder of additional parties by __April 9, 2008__

(ii)　Amend the pleadings by __April 9, 2008__

(iii)　All discovery to be expeditiously completed by __August 11, 2008__

(iv)　Consent to Proceed before Magistrate Judge __The parties do not consent.__

(v)　Status of settlement discussions: __The parties have yet to discuss settlement, at this stage in the litigation.__ With principals on Sept 3, 2008 @ 9:15

Sections vi through xi will be set at conference with the Court.

(vi)　Motions _____

(vii)　Oral Argument _____

(viii)　Joint Pre-Trial Order to be submitted by _____

(ix)　Final Pre-Trial Conference _____

(x)　Trial _____

(xi)　Other __Refer Discovery to Magistrate Judge__

SO ORDERED: New York, New York
　　　　　　　3/10/08

　　　　　　　　　　　　　　　　RMB
　　　　　　　　　　　　　Hon. Richard M. Berman, U.S.D.J.