# STEVEN A. HOFFNER
### ATTORNEY AT LAW

**350 Broadway, Suite 1105**                              **tel: 212-941-8330**
**New York, New York 10013**                              **fax: 212-941-8137**
_____

### NOTICE OF APPEARANCE

March 20, 2008

Re:    <u>Brown v. City of New York, et al.</u>
       07 CV 11186 (RMB)

PLEASE BE ADVISED that the undersigned, Steven Hoffner, Esq., hereby serves notice of appearance as the attorney on behalf of the plaintiff.

Mr. Brown has signed a "consent to change attorneys" form and the undersigned has informed Rose Weber of this change of counsel.

.        /s/                          .
Steven Hoffner, Esq.
350 Broadway, Room 1105
New York, New York 10013
phone: 212-941-8330
fax:    212-941-8137
e-mail: sahoffner@aol.com