## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------   x
                                                            :
                                                            :
    LAKUS BROWN,                                            :
                                                            :
                                                            :
                                         Plaintiff,         :
                                                            :
                -against-                                   :   Notice of Entry of Appearance
                                                            :
    THE CITY OF NEW YORK, P.O. Timothy Merritt, and         :   07 Civ. 11186 (RMB)
    P.O.s JOHN and JANE DOE #1-10, individually and in      :
    their official capacities, (the names John and Jane Doe :
    being fictitious, as the true names are presently       :
    unknown),                                               :
                                                            :
                                                            :
                                         Defendants.        :
---------------------------------------------------------   x
```

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearances of A. Hyun Rich and the law firm of Linklaters LLP as

counsel of record for Defendants City of New York and Timothy Merritt in the above-captioned

action.


Dated: March 25, 2008                          Respectfully submitted,
                                               LINKLATERS LLP


                                               /s/ A. Hyun Rich
                                               A. Hyun Rich (AR7900)
                                               1345 Avenue of the Americas
                                               New York, New York 10105
                                               (212) 903-9000
                                               (212) 903-9100 (fax)

                                               *Counsel for City of New York*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 25, 2008, I caused a true and correct copy of the foregoing

NOTICE OF ENTRY OF APPEARANCE to be filed electronically with the Clerk of the Court

on the ECF system, where the document is available for reviewing and downloading.


_____/s/ A. Hyun Rich_____

A. Hyun Rich