# STEVEN A. HOFFNER
### ATTORNEY AT LAW
350 BROADWAY, SUITE 1105
NEW YORK, NEW YORK 10013
(212) 941-8330 FAX (212) 941-8137

March 28, 2008

Honorable Richard M. Berman
Southern District of New York
500 Pearl Street; Room 910
New York, New York 10007

Re: Lakus Brown v. City of New York, et al
07 CV 11186 (RMB)

Your Honor:

> **[Handwritten memo endorsement:]** Ms Weber is still counsel of record. You + she should work this out yourselves — + also take the issue to Magistrate Ellis.
>
> SO ORDERED:
> Date: 3/31/08
> Richard M. Berman
> Richard M. Berman, U.S.D.J.

**MEMO ENDORSED**

I am plaintiff's new attorney on the above matter. I write because of an issue that has come up between former counsel, Ms. Rose Weber, and myself regarding the turning over of the file and the "charging lien" that Ms. Weber has asserted in the case. Ms. Weber has written that she requires that I expressly acknowledge her "charging lien" in the amount of $7,125 before she will provide the file to me[1].

I do not believe such an acknowledgement is appropriate under the circumstances. I informed her that upon the conclusion of the case I would agree not to disburse the attorney's fees until an agreement is reached between the two of us, and in the event we cannot agree, we would ask the Court to determine the division of attorney fees. This suggestion has been rejected by Ms. Weber.

I hereby request your assistance to resolve this matter.

Respectfully,

Steven Hoffner

cc: Rose Weber

---
[1] Ms. Weber's letter is enclosed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08