UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LAKUS BROWN,

                              Plaintiff,

       -against-                            07 Civ. 11186 (RMB) (RLE)

THE CITY OF NEW YORK, et al.,

                              Defendant.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that upon the accompanying letter-brief and upon all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable Ronald L. Ellis, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order entering a charging lien in the amount of $7,125.00.

Dated:       New York, New York
                May 14, 2008

                                          ROSE M. WEBER
                                          Former Attorney for Plaintiff
                                          225 Broadway, Suite 1607
                                          New York, NY 10007
                                          (212) 748-3355

                                          By:          /s
                                                    ROSE M. WEBER (RW 0515)

TO:    Steven A. Hoffner, Esq. (by ECF)