UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAKUS BROWN,

                    Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ⌐ -ᶣ· O8
```

**ORDER**

**07 Civ. 11186 (RMB) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

    Rose M. Weber, who represented Plaintiff Lackus Brown in this matter between April 20,

2007, and March 21, 2008, contends that she was discharged without cause and moves for a

Court order entering a charging lien in the amount of $7,125, representing nineteen hours of

work at a rate of $375 per hour (docket entry # 11).

    **IT IS HEREBY ORDERED** that Weber's motion is **DENIED WITHOUT**

**PREJUDICE.** She may renew her application at the conclusion of the case.

**SO ORDERED this 4th day of June 2008**
**New York, New York**

_(signature)_

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**