



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

AMY N. OKEREKE
*Assistant Corporation Counsel*
(212) 788-9790
(212) 788-9776 (fax)
aokereke@law.nyc.gov

June 18, 2008

**BY HAND**
Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007



JUNE 19 2008

CHAMBERS O.
RONALD L. ELLIS
U.S.M.J.

Re:   Lakus Brown v. City of New York, et al.
       07 Civ. 11186 (RMB)(RLE)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. I write to respectfully request a brief adjournment of the Status Conference currently scheduled for June 20, 2008 at 10:00 a.m. Plaintiff's counsel consents to this request.

    The reason for this request is that I will be on trial in the matter of Anthony Manganiello v. City of New York, et al., 07 Civ. 3644 (HB), before the Honorable Harold Baer in the Southern District of New York. The trial, which commenced on June 17, 2008, is anticipated to last approximately six days, and will thus continue into the week of June 23, 2008. Defendants respectfully request an adjournment of the Status Conference to a date convenient to the Court following the July 4, 2008 holiday.

    Thank you for your time and consideration of this request.

*Conference adjourned to July 22, 2008 at 10am*

**SO ORDERED**
*[signature] 6-23-08*

Respectfully submitted,

*[signature]*
Amy N. Okereke
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  MAGISTRATE JUDGE RONALD ELLIS
       Steven Hoffner, Esq., attorney for plaintiff (by fax)