USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08

RECEIVED
JUN 27 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

# STEVEN A. HOFFNER
## ATTORNEY AT LAW

350 Broadway, Suite 1105  
New York, New York 10013

tel: 212-941-8330  
fax: 212-941-8137

June 25, 2008

Magistrate Judge Ronald L. Ellis  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

                         Re:  Lakus Brown v. City of New York, et al  
                              07 CV 11186 (RMB)

Your Honor:

     I am plaintiff's attorney on the above matter. I respectfully request that the conference presently scheduled for July 22, 2008 at 10 am be rescheduled. Unfortunately, I am unavailable on that date due to previously scheduled cases in the Bronx. I have conferred with counsel for the defense and they consent to this request. Defense counsel has told me that good dates are Monday, July 21st as well as July 23 and 24th. Plaintiff has not previously made any requests for an adjournment.

     I would also like to inform the Court that the parties am uncertain of the purpose of this conference, as a scheduling plan is in effect, and the parties are not seeking any modification of this Order. A copy of the Case Management Plan is enclosed hereto.

     Thank you for your attention.

                                                     Respectfully,

                                                     Steven Hoffner

cc:    Amy Okereke  
        Assistant Corporation Counsel

        A. Hyun Rich  
        Linklaters, LLP

*[Handwritten:]* Conference adjourned to July 24, 2008 @ 10am.

**SO ORDERED**

*[Signed]* Ronald Ellis   6-27-08  
MAGISTRATE JUDGE RONALD L. ELLIS

**Full docket text for document 6:**
CASE MANAGEMENT PLAN: Amended Pleadings due by 4/9/2008. Joinder of Parties due by 4/9/2008. Discovery due by 8/11/2008. Status Conference with principals set for 9/3/2008 at 09:15 AM before Judge Richard M. Berman: The parties have yet to discuss settlement, at this stage in the litigation. The parties do not consent to proceed before a Magistrate Judge. Other: Refer Discovery to Magistrate Judge. (Signed by Judge Richard M. Berman on 3/10/08) (tro)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/24/2008 17:16:57 | | | |
| PACER Login: | sh0940 | Client Code: | Optional for PACER use only |
| Description: | History/Documents | Search Criteria: | 1:07-cv-11186-RMB-RLE |
| Billable Pages: | 1 | Cost: | 0.08 |