```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LAKUS BROWN                                      :
                                                 :
                          Plaintiff,             :
           - against -                           :
                                                 :
CITY OF NEW YORK, et al.,                        :
                                                 :
                                                 :
                          Defendants.            :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

07 Civ. 11186 (RMB) (RLE)

**ORDER OF DISCONTINUANCE**

    Based upon Defendants' letter, dated July 30, 2008, indicating that "the parties have reached an agreement in principle to settle this matter," it is hereby

    **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued and the conference scheduled for September 3, 2008 is adjourned; provided, however, that the Plaintiff or Defendants may apply, on or before August 29, 2008 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
        July 30, 2008

                                                    Richard M. Berman, U.S.D.J.