DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

**MEMO ENDORSED**



RECEIVED AUG 04 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

# ROSE M. WEBER
### ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633                                          TELEPHONE: (212) 748-3355

> Conference on 9/3/08 @ 8:45 A.M. Counsel are expected to work this out before the conference.
>
> SO ORDERED
> Date: 8/13/08
> Richard M. Berman, U.S.D.J.

August 1, 2008

**BY MAIL**
Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    *Lakus Brown v. City of New York, et al.*, 07 Civ. 11186 (RMB) (RLE)

Your Honor:

    I received a telephone call from chambers earlier today, advising me that, because this matter is closed, the Court would not hold the informal conference that I had requested in my letter dated July 30, 2008. While it is true that the case is now closed, I made every possible effort to protect my interests while the case was still open. I apologize for not having made this clear in my initial letter.

    Immediately upon learning that I had been substituted (on March 21, 2008), I sent Mr. Hoffner a letter requesting that he acknowledge my charging lien. Mr. Hoffner refused to do so and instead, on March 28, 2008, wrote to this Court concerning the dispute. I responded by letter dated March 31, 2008, and the Court then directed the parties to address this issue to Magistrate Judge Ellis.

    Accordingly, Mr. Hoffner wrote to Magistrate Judge Ellis on April 9, 2008. I responded on April 11, 2008, and Mr. Hoffner sent a reply letter on April 14, 2008. On May 9, 2008, Magistrate Judge Ellis directed me to turn the case file over to Mr. Hoffner, stating that my charging lien would be addressed separately.

    On May 14, 2008, I therefore filed a motion requesting that the Court enter a charging lien on my behalf. Mr. Hoffner responded the next day and, by Order dated June 4,