



ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633

TELEPHONE: (212) 748-3355

# MEMO ENDORSED

August 19, 2008

*Conference adjourned.*

**BY HAND**
Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, NY 10007

SO ORDERED:
Date: 8/21/08
Richard M. Berman, U.S.D.J.

Re: *Lakus Brown v. City of New York, et al.*, 07 Civ. 11186 (RMB) (RLE)

07 CV 11186 (RMB)(RLE)

Your Honor:

      I write to advise the Court that Mr. Hoffner has finally[1] provided me with a listing of his hours, and that I have agreed to accept one-third of the fees[2] in the above-referenced matter. Accordingly, the conference currently scheduled for September 3rd will not be necessary.

      Thank you for your consideration in this matter.

Respectfully,

Rose M. Weber (RW 0515)

cc: Steven A. Hoffner, Esq. (by fax)

---

[1] Had Mr. Hoffner had the courtesy to provide me with his hours when I first requested them, there would have been no need to involve the Court in this matter.

[2] Although I find several of Mr. Hoffner's time entries to be preposterous, I do not wish to drag this matter out any longer.